HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
jerome_price@fd.org


Attorney for Defendant
JOAQUIN CUENCA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:14-cr-00106-DAD-BAM |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING & BRIEFING SCHEDULE** |
| vs. | ) ) |  |
| JOAQUIN CUENCA, | ) | Date: May 16, 2016 |
| Defendant. | ) ) | Time: 10:00 a.m. Judge: Hon. Dale A. Drozd |
|  | ) |  |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through, Michael G. Tierney and Alexis J. Loeb, Assistant United States Attorneys, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defenders, Jerome Price and Megan Hopkins, attorneys for  Joaquin Cuenca that the sentencing hearing, currently scheduled for May 16, 2016, **be continued to July 18, 2016 at 10:00 a.m.**

The parties further stipulate that the briefing schedule be modified as follows:

    Sentencing Memoranda will be due June 29, 2016

    Formal Objections to the final Presentence Report will be due June 29, 2016

    Replies to Sentencing Memoranda will be due July 11, 2016

    Replies to the Formal Objections will be due July 11, 2016.

1  This continuance is made at the request of defense counsel to receive additional time to
2  obtain mitigation evidence and documents in preparation for the sentencing memorandum.  The
3  government has no objection to the continuance.  Given the parties' schedules, July 18, 2016 was
4  the next best date for the sentencing hearing.

Dated:  May 2, 2016

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

/s/ Jerome Price
JEROME PRICE
MEGAN T. HOPKINS
Assistant Federal Defenders
Attorneys for JOAQUIN CUENCA

Dated: May 2, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ Michael G. Tierney
MICHAEL G. TIERNEY
ALEXIS LOEB
Assistant U.S. Attorneys
Attorneys for Plaintiff

<u>ORDER</u>

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court orders the May 16, 2016 sentencing hearing continued to July 18, 2016, at 10:00 a.m. It is further ordered that any formal objections and sentencing memoranda are now due on June 29, 2016, and any replies are now due on July 11, 2016.

IT IS SO ORDERED.

Dated:  **May 3, 2016**                              *Dale A. Drozd*
                                                                        UNITED STATES DISTRICT JUDGE