1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **EASTERN DISTRICT OF CALIFORNIA**

10

11

UNITED STATES,                              D.C. No. 1:14-cr-00106-DAD-BAM-1

12
                                            Ninth Cir. Case No. 16-10334
13              Plaintiff,

14
        v.                                  **ORDER GRANTING MOTION TO**
15                                          **ACCESS DOCUMENTS**

16   JOAQUIN CUENTA,                         **(Doc. 113)**

17
                Defendant.
18

19

20

21        The Ninth Circuit appointed Johanna S. Schiavoni, Esq., as appellate counsel for

22   defendant-appellant Joaquin Cuenca, pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. §

23   3006A, on August 10, 2016.

24        On August 25, 2016, Ms. Schiavoni filed in this Court a motion and supporting

25   declaration seeking access to documents designated as "Sealed" or "Assigned Counsel Only"

26   before this Court.  Having considered Ms. Schiavoni's motion, because CJA counsel is ordinarily

27   entitled to such documents as part of the record on appeal, the request for access to the documents

28

1

and transcripts or portions thereof filed "under seal" or for "assigned counsel only" is granted.

The Clerk shall serve on counsel for defendant-appellant a copy of district court docket nos. 2, 3, 69, 74, 90, 92, and 93.  To the extent documents were filed at entries 4 and 47, the Clerk shall serve on counsel for defendant-appellant a copy of those documents as well.

IT IS SO ORDERED.

Dated:   **August 26, 2016**

_____
UNITED STATES DISTRICT JUDGE